In the Matter of the Claim of CHARLES J. WICKHAM, Respondent, against GLENSIDE WOOLEN MILLS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM HILTUNEN, Respondent, against ORSER & TERRIZZI and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of STEVE YAGER, Respondent, against BEN SHOP-MYER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ANTON J. PACHOLSKI, Respondent, against DAVID J. SCOTT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ELLEN CLARK PIERCE, Respondent, against FREDERICK YOUNG and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Madura* v. *City of New York* (238 N. Y. 214); *Matter of Hughes* v. *St. Patrick's Cathedral* (245 id. 201); *Matter of Moore* v. *Lehigh Valley R. R. Co.* (169 App. Div. 177; affd., 217 N. Y. 627). Present — Van Kirk, P. J., Hinman, Davis, Whitmyer, and Hill, JJ.

In the Matter of the Claim of LILLIAN HAMILTON, Respondent, against ABE SALTZMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of DANIEL CAMERON, Respondent, against ELLIS CONSTRUCTION COMPANY, EMPLOYERS MUTUAL INSURANCE COMPANY OF 'NEW YORK, Alleged Insurance Carrier, Appellants, and THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent. — Appeal dismissed as to the United States Fidelity and Guaranty Company, with costs against the appellants. Award affirmed, with costs to the State Industrial Board against the appellants. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.